IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JULIE MARTINEZ,** *as personal representative of the wrongful death estate of Eugene S. Young, deceased, as parent and guardian and next friend of G.Y. and A.Y., minors,*

    **Plaintiff,**

v.   Civ. No. 22-510 MV/JFR

**STEPHEN H. WALKER, STEPHEN DONNELLY, and OWNERS INSURANCE COMPANY,**

    **Defendants.**

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** comes before the Court on United States Magistrate Judge John F. Robbenhaar's Proposed Findings and Recommended Disposition filed December 7, 2022. Doc. 17. Objections were due no later than December 21, 2022. The parties have not filed any objections. The failure to make timely objections to the Magistrate Judge's Proposed Findings and Recommended Disposition "waives appellate review of both factual and legal questions." *United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1059 (10th Cir. 1996) (internal quotation marks and citation omitted).

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 17) are **ADOPTED.**

**IT IS FURTHER ORDERED** that:

1.    This case is **REMANDED** to the Eighth Judicial District Court, Taos County, New Mexico;

    2.    The Clerk of this Court is directed to remand this case to the Eighth Judicial District;

and

    2.    Plaintiff is not entitled to attorney fees and costs.

_____
**MARTHA VÁZQUEZ**
Senior United States District Judge